**E-filed 9/13/06**

1  COOLEY GODWARD LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  JEFFREY S. KARR (186372) (jkarr@cooley.com)
   JEFFREY M. KABAN (235734) (jkaban@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA 94306-2155
   Telephone: (650) 843-5000
5  Facsimile: (650) 843-0663

6  Attorneys for Nominal Defendant
   Power Integrations, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

| | |
|---|---|
| 12  KATHRYN L. CHAMPLIN, Derivatively on Behalf of Nominal Defendant POWER INTEGRATIONS, INC., | Case No. C-06-04672-JF |
| 14             Plaintiff, | **STIPULATION AND [P<s>ROPOSED</s>] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 15         v. | |
| 16  BALU BALAKRISHNAN, HOWARD F. EARHART, JOHN M. COBB, ALAN D. BICKELL, NICHOLAS E. BRATHWAITE, R. SCOTT BROWN, STEVEN J. SHARP, E. FLOYD KVAMME, BALAKRISHNAN IYER, AND JAMES R. FIEBIGER, | Courtroom: Hon. Jeremy Fogel |
| | Trial Date: Not yet set |
| 19            Defendants, | |
| 20  POWER INTEGRATIONS, INC., a Delaware corporation | |
| 22            Nominal Defendant. | |

23       Pursuant to Civil Local Rule 6-1, the parties submit the following Stipulation and
24  [Proposed] Order Extending Time for Defendants to Respond to Plaintiff's Complaint.
25       WHEREAS, plaintiff filed the Complaint on August 1, 2006;
26       WHEREAS, plaintiff served Power Integrations, Inc. ("Power Integrations" or "the
27  Company") with the complaint on August 21, 2006;
28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

735922 v2/PA                         1.                    STIPULATION AND [PROPOSED] ORDER
                                                            EXTENDING TIME FOR DEFENDANTS TO
                                                            RESPOND TO PLAINTIFF'S COMPLAINT

1  WHEREAS, the parties agree that it would be most efficient for the Court and the parties for there to be a single date by which defendants shall respond to the Complaint;

WHEREAS, on August 24, 2006 Ms. Champlin filed a motion to consolidate this case with *Quaco v. Balakrishnan, et al.*, Case No. C-06-02811-MHP, and to appoint Ms. Champlin as lead plaintiff;

WHEREAS, the hearing on Ms. Champlin's Motion to Consolidate the Actions and Appoint Kathryn L. Champlin Lead Plaintiff ("Motion to Consolidate") is set to be heard by the Honorable Marilyn Hall Patel on October 23, 2006;

WHEREAS, as part of her proposed order Ms. Champlin requested time to file a Consolidated Complaint;

WHEREAS, it is not an efficient use of the Court's or the parties' resources to require defendants to respond to the initial complaint given the fact that plaintiff is seeking to file a Consolidated Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

Defendants will not file a response to plaintiff's initial complaint on September 11, 2006. Rather, if the Honorable Marilyn Hall Patel decides not to consolidate *Quaco v. Balakrishnan, et al.*, Case No. C-06-2811-MHP with *Champlin v. Balakrishnan, et al.*, Case No. C-06-0462-JF, Defendants will have 30 days from the date of the order to respond to Ms. Champlin's Complaint. If the Honorable Marilyn Hall Patel consolidates the aforementioned cases, then the Defendants will have 30 days from the date that the Consolidated Complaint is filed to respond.

//
//
//

| | | |
|---|---|---|
| 1 | Dated: September 8, 2006 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

/s/
_____
Monique Winkler

Attorneys for Plaintiff Kathryn L. Champlin

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained.*

Dated: September 8, 2006     COOLEY GODWARD LLP

/s/
_____
John C. Dwyer

Attorneys for Nominal Defendant
Power Integrations, Inc.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained.*

Dated:   September 8, 2006     LATHAM & WATKINS, LLP

/s/
_____
David Friedman

Attorneys for Defendants Balu Balakrishnan, Alan D. Bickell, Nicholas E. Brathwaite, R. Scott Brown, Balakrishnan S. Iyer, E. Floyd Kvamme

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained.*

| | |
|---|---|
| Dated: September 8, 2006 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | |
| | /s/_____ |
| | Leigh A. Kirmsse |
| | |
| | Attorneys for Defendant |
| | John M. Cobb |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained.*

| | |
|---|---|
| Dated: September 8, 2006 | FENWICK & WEST LLP |
| | |
| | /s/_____ |
| | Emmett C. Stanton |
| | |
| | Attorneys for Defendant |
| | Howard F. Earhart |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained.*

Pursuant to the stipulation and good cause appearing, **IT IS SO ORDERED.**

Dated: __9/13_____, 2006

_____
HON. JEREMY FOGEL
United States District Judge
Northern District of California